UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ANTHONY MCLAURIN,

                Plaintiff Pro Se,

    -against-

NEW YORK CITY DEPT. OF
CORRECTIONS, DEPUTY TINDAL,
DEPUTY BARRETT, CAPTAIN JOHN,
CAPTAIN RAKESTRAW, CAPTAIN
ZOUHBI, CAPTAIN MCFARELANE, C.O.
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 7906 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

    Plaintiff having failed to serve any of the Defendants with copies of the summons and complaint, the action is dismissed for failure to prosecute.

Dated:    February 21, 2008
              New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

Copy mailed to:

Anthony McLaurin
No. 141-07-08590
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370
Plaintiff Pro Se